IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BABY JOGGER, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-723 (GBW) |
| EVENFLO COMPANY, INC., | ) ) ) |
| Defendant. | ) ) |

## EVENFLO COMPANY, INC.'S MOTION TO STAY

Defendant Evenflo Company, Inc. ("Evenflo") respectfully moves to stay this case pending an upcoming decision from the United States Patent Trial and Appeal Board regarding institution of five *inter partes* review petitions pertaining to the validity of all five U.S. patents being asserted in this matter. *See* D.I. 1. The grounds for Evenflo's motion are set forth in its opening brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

OF COUNSEL:

Frank A. Angileri
Thomas W. Cunningham
John P. Rondini
Francesca M. Cusumano
Abdulai Rashid
BROOKS KUSHMAN P.C.
150 W. Second St.
Suite 400N
Royal Oak, MI 48067-3846
(248) 358-4400

Rodger D. Smith II (#3778)
Ben Yenerall (#7132)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
byenerall@morrisnichols.com

*Attorneys for Defendant Evenflo Company, Inc.*

September 5, 2025

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the Plaintiff and that we have not been able to reach agreement. Plaintiff has stated it will oppose this motion.

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 5, 2025, upon the following in the manner indicated:

Andrew C. Mayo  *VIA ELECTRONIC MAIL*
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19801
*Attorneys for Plaintiff Baby Jogger, LLC*

John W. Harbin  *VIA ELECTRONIC MAIL*
Gregory J. Carlin
Walter Hill Levie III
Robert J. Leonard
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE, Suite 1300
Atlanta, GA  30309
*Attorneys for Plaintiff Baby Jogger, LLC*

/s/ *Rodger D. Smith II*

Rodger D. Smith II (#3778)