# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW
500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

December 3, 2025

The Honorable Gregory B. Williams  
United States District Court  
844 N. King Street  
Wilmington, DE 19801  

VIA ELECTRONIC FILING

Re: *Baby Jogger, LLC v. Evenflo Company, Inc.*,  
C.A. No. 24-723-GBW

Dear Judge Williams:

    I am Delaware counsel for Plaintiff, Baby Jogger, and I write pursuant to D. Del. LR 7.1.2(b) in connection with the Motion to Stay filed by Defendant Evenflo Company, Inc. D.I. 20.

    On September 5, 2025, in response to a request to hold a Rule 26(f) conference and submit a proposed scheduling order (D.I. 19), Defendant filed a Motion to Stay this action pending resolution of five *inter partes* review petitions—one for each of the five asserted patents in this action. *See, e.g.*, D.I. 21 at 2, 9. On December 1, 2025, the PTAB denied institution on three of the asserted patents and granted institution on the remaining two. *See* Exhibit A. The status of the IPR proceedings is as follows:

| Asserted Patent | IPR Proceeding | Institution Decision |
|---|---|---|
| U.S. Patent No. 11,192,568 | IPR2025-01100 | Denied |
| U.S. Patent No. 11,505,231 | IPR2025-01095 | Denied |
| U.S. Patent No. 11,577,771 | IPR2025-01140 | Granted |
| U.S. Patent No. 11,731,682 | IPR2025-01122 | Granted |
| U.S. Patent No. 11,878,729 | IPR2025-01120 | Denied |

    Should the Court wish to discuss, counsel are available at the Court's convenience.

Respectfully,

/s/ *Andrew C. Mayo*

Andrew C. Mayo (#5207)

cc: All counsel of record (via electronic mail; w/attachment)  
attachment

{02186746;v1 }