IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BABY JOGGER, LLC,                          )
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )    C.A. No. 24-723-GBW
                                           )
EVENFLO COMPANY, INC.,                     )
                                           )
                    Defendant.             )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 4th day of May, 2026, **PLAINTIFF BABY JOGGER, LLC'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT EVENFLO COMPANY, INC.** and  **PLAINTIFF BABY JOGGER, LLC'S FIRST SET OF INTERROGATORIES TO DEFENDANT EVENFLO COMPANY, INC.** were served upon the below-named counsel of record at the addresses and in the manner indicated:

Rodger D. Smith II, Esquire                VIA ELECTRONIC MAIL
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801

John P. Rondini, Esquire                   VIA ELECTRONIC MAIL
BROOKS KUSHMAN
150 W. Second Street, Suite 400N
Royal Oak, MI 48067-3846

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor

*Of Counsel:*

John W. Harbin
Gregory J. Carlin
Walter Hill Levie III
Robert J. Leonard
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE, Suite 1300
Atlanta, GA  30309
(404) 645-7700

Dated:  May 4, 2026

P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Plaintiff Baby Jogger, LLC*