IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BABY JOGGER, LLC,                          )
                                           )
                    Plaintiff,             )
                                           )
         v.                                )    C.A. No. 24-723 (GBW)
                                           )
EVENFLO COMPANY, INC.,                     )
                                           )
                    Defendant.             )

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of: (1) *Defendant Evenflo Company, Inc.'s Response to Plaintiff's First Set Request for Production of Documents (Nos. 1-56)*; and (2) *Defendant Evenflo Company, Inc.'s Response to Plaintiff's First Set of Interrogatories (Nos. 1-8)*, were caused to be served on June 4, 2026, upon the following in the manner indicated:

Andrew C. Mayo                                          *VIA ELECTRONIC MAIL*
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19801
*Attorneys for Plaintiff Baby Jogger, LLC*

John W. Harbin                                          *VIA ELECTRONIC MAIL*
Gregory J. Carlin
Walter Hill Levie III
Robert J. Leonard
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE, Suite 1300
Atlanta, GA  30309
*Attorneys for Plaintiff Baby Jogger, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

OF COUNSEL:

Frank A. Angileri
Thomas W. Cunningham
John P. Rondini
Francesca M. Cusumano
Abdulai Rashid
BROOKS KUSHMAN P.C.
150 W. Second St.
Suite 400N
Royal Oak, MI  48067-3846
(248) 358-4400

June 5, 2026

Rodger D. Smith II (#3778)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendant Evenflo Company, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 5, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 5, 2026, upon the following in the manner indicated:

Andrew C. Mayo                                          *VIA ELECTRONIC MAIL*
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19801
*Attorneys for Plaintiff Baby Jogger, LLC*

John W. Harbin                                          *VIA ELECTRONIC MAIL*
Gregory J. Carlin
Walter Hill Levie III
Robert J. Leonard
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE, Suite 1300
Atlanta, GA  30309
*Attorneys for Plaintiff Baby Jogger, LLC*

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)